IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **VALENTINO JACKSON,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-364 (MTT) |
| **Warden MCLAUGHLIN,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

After screening the Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a), United States Magistrate Judge Charles H. Weigle ordered the due process claims against Defendant Domenico Demundo to go forward and recommends dismissing without prejudice the Plaintiff's claims against Defendants Gregory McLaughlin, Brian Owens, and Steven Hayes. (Doc. 8). The Plaintiff has objected to the Recommendation (Doc. 11), and the Court has conducted a de novo determination of the portions of the Recommendation to which the Plaintiff objects. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of the Court. Accordingly, the claims against McLaughlin, Owens, and Hayes are **DISMISSED without prejudice**.

**SO ORDERED**, this 29th day of March, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT