IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| VALENTINO JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 5:15-CV-364(MTT) |
| Lieutenant DOMENICO DEMUNDO, | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends granting the Defendant's motion for summary judgment (Doc. 28) and denying the Plaintiff's motion for summary judgment (Doc. 31). Doc. 33. The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Defendant's motion for summary judgment (Doc. 28) is **GRANTED**, the Plaintiff's motion for summary judgment (Doc. 31) is **DENIED**, and the Plaintiff's claims are **DISMISSED with prejudice**.

**SO ORDERED,** this 22nd day of February, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT